**Order filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00544-CR
_____

**JOHOAN RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1308110**

## ORDER

Appellant is represented by retained counsel, Jon P. Thomas. On August 8, 2012, Jacqueline Fischer filed one volume of reporter's record from a post-judgment hearing. No reporter's record from the trial has been filed in this case. Billy Jalufka, the official court reporter for the 183rd District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On October 22, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court

with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, **Jon P. Thomas**, to file a brief in this appeal on or before **December 12, 2012.** If counsel does not timely file the brief as ordered, the court will consider issuance of a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.

PER CURIAM